IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH MAY                                                                                              PETITIONER

V.                                    5:05CV00147 GH/JFF

LARRY NORRIS, Director
Arkansas Department of
Correction                                                                                              RESPONDENT

## ORDER

In his response to Petitioner's petition for writ of habeas corpus, the Respondent contends that the petition should be dismissed without prejudice for failure to exhaust state remedies. The Court directs the Petitioner to inform the Court by August 22, 2005, why his petition should not be dismissed without prejudice for failure to exhaust state remedies.

IT IS SO ORDERED 28th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE