IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSEPH MAY                                                                    PETITIONER

v.                          No. 5:05CV00147 GH/JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed without prejudice so that Petitioner can exhaust his state court remedies.

IT IS SO ADJUDGED this 27th day of October, 2005.

UNITED STATES DISTRICT JUDGE